UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Rodolfo Castillo

Case Number: 7:25−cr−02302

## Notice of Setting

**A proceeding has been set in this case as to Rodolfo Castillo as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

**DATE:** 10/14/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Applicable defendant(s) required to be present at the hearing.

RE: Appeal of Magistrate Judge Decision to District Court − #6

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

Date:   October 10, 2025                                                            Nathan Ochsner, Clerk